FRANCES C. ROGERS, PLAINTIFF, v. PUBLIC SERVICE
RAILWAY COMPANY, DEFENDANT.

Decided May 4, 1929.

Before GUMMERE, CHIEF JUSTICE, and Justice PARKER.

For the rule, *Henry H. Fryling.*

*Contra, James W. Rea, Jr.*

PER CURIAM.

The plaintiff brought this action to recover compensation
for personal injuries suffered by her and for damage done to
her automobile resulting from a collision with a trolley car
of the defendant in June, 1926, at about nine o'clock in the
evening. The trial resulted in a verdict in her favor, the
jury awarding her $1,200.

Our examination of the evidence sent up with the rule
satisfies us that, on her own testimony, the collision is shown
to have been the result in part, if not altogether, of her own
negligence.

For this reason, the rule to show cause will be made ab-
solute.